```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

| | |
|---|---|
| OCEAN THERMAL ENERGY CORP., | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-2343-SHL-cgc |
| ROBERT COE, et al., | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed May 16, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal Without Prejudice (ECF No. 64), filed June 29, 2018, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE.** The Court shall retain jurisdiction for the purpose of enforcing the parties' settlement agreement pursuant to Kokkonen v. Guardian Life Ins. Co. of Am., 551 U.S. 375, 381–82 (1994).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

June 29, 2018
Date